Oliver J. Wells and Henry H. Snedeker, Respondents, v. Eliza C. Dunlop and Others, as Executors, etc., of Clark W. Dunlop, Deceased, Appellants. — Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissented.)

Hugh Conway, as Administrator de Bonis Non, etc., of Thomas H. Sim,